IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LADDARIOS WRIGHT, :
:
    Petitioner. :
:
vs. : CIVIL ACTION 13-0460-WS-M
:
GARY HETZEL, :
:
    Respondent. :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the habeas petition be DENIED and that this action be DISMISSED. It is further ORDERED that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 21st day of January, 2014.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE