IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LADDARIOS WRIGHT, | : | |
| Petitioner. | : | |
| vs. | : | CIVIL ACTION 13-0460-WS-M |
| GARY HETZEL, | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Gary Hetzel and against Petitioner Laddarios Wright.

DONE this 21st day of January, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE